UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC L. PORTER, | ) |
| Plaintiff, | ) No. CV15-5646 PA (AJW) |
| v. | ) |
| LOS ANGELES COUNTY, et al., | ) ORDER ACCEPTING REPORT |
|  | ) AND RECOMMENDATION OF |
| Defendants. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Report and Recommendation of Magistrate Judge ("Report") and the objections to the Report. Good cause appearing, the Court accepts the findings and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

**IT IS SO ORDERED**.

DATED: __November 4__, 2016

_____
PERCY ANDERSON
United States District Judge