UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| **ERIC LEE PORTER,** | ) | |
| Plaintiff, | ) | No. CV 15-5646 PA (AJW) |
| v. | ) | **JUDGMENT** |
| **LOS ANGELES COUNTY, et al.,** | ) | |
| Defendants. | ) | |

**IT IS HEREBY ADJUDGED** that this action is dismissed with prejudice.

Dated: November 21, 2017

_____
Percy Anderson
United States District Judge